## Commonwealth *v.* Mason, Appellant.

Before SMILLIE, J.

Submitted September 12, 1975. *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf* and *Bert M. Goodman,* Assistant District Attorneys, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Mays, Appellant.

Before LORD, J., without a jury.

Submitted June 16, 1975. *Donald C. Cofsky,* for appellant; *Martin L. Trichon, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.